HOLLAND TRUST COMPANY, Appellant, *v.* GEORGE R. SUTHER-
LAND, Respondent.

(Submitted March 14, 1904; decided March 22, 1904.)

Motion for reargument denied, with ten dollars costs. (See
177 N. Y. 327.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN
OF COLESVILLE, Appellant, *v.* THE DELAWARE AND HUDSON
COMPANY, Respondent.

(Submitted March 14, 1904; decided March 22, 1904.)

Motion for reargument denied, with ten dollars costs. (See
177 N. Y. 337.)

THOMAS VINCENT, Respondent, *v.* JOHN F. ALDEN, Appellant.

(Submitted February 29, 1904; decided March 22, 1904.)

Motion for reargument denied, with ten dollars costs. (See
177 N. Y. 545.)

MARTIN POWELL, Appellant, *v.* EVERETT HARRISON et al.,
Respondents.

*Powell* v. *Harrison*, 88 App. Div. 228, appeal dismissed.
(Argued March 14, 1904; decided March 22, 1904.)

MOTION to dismiss an appeal from an order of the Appellate
Division of the Supreme Court in the third judicial depart-
ment, entered November 27, 1903, which affirmed an order of
Special Term vacating an order of reference and an order of
distribution in surplus money proceedings.

The motion was made upon the ground that the order
attempted to be appealed from is not appealable to the Court
of Appeals.

*Alexander D. Falck* for motion.

*J. John Hassett* opposed.

Motion granted and appeal dismissed, with costs, and ten
dollars costs of motion, on the ground that while the proceed-
ing is a special one the order is not a final order.